IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 12-00048-01-CR-W-HFS |
| JAQUAY STRICKLAND, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on August 1, 2012. Defendant Jaquay Strickland appeared in person and with Assistant Federal Public Defender Steve Moss. The United States of America appeared by Assistant United States Attorney David Barnes.

***I.    BACKGROUND***

On February 7, 2012, an indictment was returned charging defendant with possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). A superseding indictment was returned on July 17, 2012, to correct the date of the alleged offense.

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Barnes announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Detective James Manley, Kansas City, Missouri, Police Department.

Mr. Moss announced that he will be the trial counsel for defendant Jaquay Strickland. Alan Bush, Investigator, will assist.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Barnes announced that the government intends to call 10 witnesses without stipulations or 7 witnesses with stipulations during the trial.

Mr. Moss announced that defendant Jaquay Strickland intends to call 5 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Mr. Barnes announced that the government will offer approximately 40 exhibits in evidence during the trial.

Mr. Moss announced that defendant Jaquay Strickland will offer approximately 20 exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Moss announced that defendant Jaquay Strickland will rely on the defenses of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Moss stated this case is definitely for trial.

### *VIII. STIPULATIONS*

Stipulations are not to be entered into by the defendant.

### *IX. TRIAL TIME*

Counsel were in agreement that this case will take 2 1/2 days to try.

### *X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS*

The U. S. Magistrate Judge ordered:

That counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by August 1, 2012;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, August 8, 2012;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, August 8, 2012. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

### *XI. UNUSUAL QUESTIONS OF LAW*

No motions in limine are anticipated. There are no unusual questions of law.

---

[1] Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the forthcoming trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, August 10, 2012. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on August 13, 2012. The parties request the second week of the docket.

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
August 1, 2012